UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00477

**Ivan Lopez-Salas,**
*Plaintiff,*

v.

**United States of America et al.,**
*Defendants.*

# ORDER

Plaintiff Ivan Lopez-Salas, an inmate proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On February 23, 2022, the magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice due to the plaintiff's failure to comply with the court's orders to satisfy the filing fee requirement and to file an amended complaint. Doc. 7. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on April 8, 2022.*

J. CAMPBELL BARKER
United States District Judge